## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHERINE FOY and THOMAS FOY,** | } | **Civil Action No.: 02-CV-** |
| **Wife and Husband,** | } | |
| **15042 Liberty Lane** | } | |
| **Philadelphia, PA 19116,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | |
| | } | |
| **ABP Corporation,** | } | |
| **a Delaware Corporation,** | } | |
| **19 Fid Kennedy Avenue** | } | |
| **Boston, MA 02210,** | } | |
| | } | |
| **Defendant.** | } | |

----------------------------------------------------------------------------------

### NOTICE OF REMOVAL

Defendant, ABP Corporation, by and through its counsel, and in support of its Notice of

Removal to this Honorable Court, does aver as follows:

1.      Defendant, ABP Corporation (hereinafter,"ABP"),  is a Delaware corporation

which maintains it principal place of business at 19 Fid Kennedy Avenue, Boston, MA 02210.  See,

Certificate of Incorporation, a true copy of which is attached hereto as Exhibit "A".

2.      ABP herewith exercises its rights pursuant to 28 U.S.C. § 1441, *et seq.*, to

remove this action from the Philadelphia County Court of Common Pleas, in which this litigation  is

pending under the caption, *Catherine Foy  and Thomas Foy, Wife and Husband v. ABP*

*Corporation,* and docketed at June Term, 2002, No. 001281.  See, Complaint and Stipulation to

543301.1

Correct Caption, true and correct copies of which are attached hereto as Exhibits "B" and "C",

respectively.

      3.     There exists complete diversity of citizenship between plaintiffs and defendant:

          a)     Plaintiff, Catherine Foy is an individual,  and a resident and citizen of Pennsylvania (Complaint, Exhibit "B", paragraph 1);

          b)     Plaintiff, Thomas Foy is an individual,  and a resident and citizen of Pennsylvania (Complaint, Exhibit "B", paragraph 1);

          c)     Defendant, ABP, is a Delaware corporation which maintains it principal place of business in Boston, Massachusetts (Exhibit "A").

      4.     Pursuant to 28 U.S.C. § 1441 *et seq.*, ABP is entitled as a matter of law to remove

this case from the Philadelphia County, Pennsylvania Court of Common Pleas to the United States

District Court for the Eastern District of Pennsylvania, in which district the cause of action arose,

plaintiffs reside and where the litigation is pending.  (Complaint, Exhibit "B", paragraph 5).

      5.     In the Complaint, the plaintiffs each seek to recover damages in excess of $50,000

(which is the sole reference to monetary damages allowed in Pennsylvania) for the personal injuries

allegedly sustained by plaintiff-wife as the result of a slip and fall accident which is alleged to have

occurred on January 22, 2001, and plaintiff-husband's derivative claim.    (Complaint, Exhibit "B",

paragraphs 5 - 19).

      6.     In this controversy between diverse parties, the amount in controversy is pleaded

to exceed the sum of $75,000.00, exclusive of interest and costs.  Therefore, there is original

jurisdiction in this honorable court as provided by 28 U.S.C. §1332 (a)(1).

7.      In accord with the requirements of 28 U.S.C. § 1446, this notice of removal is being timely filed as the Complaint was filed in the Court of Common Pleas on June 11, 2002. and served upon the original improper party defendant, Au Bon Pain Co., Inc., a Delaware Corporation which withdrew from doing business in Pennsylvania on January 22, 1986, by hand delivery to Au Bon Pain Co., Inc.'s former agent, CT Corporation System on June 14, 2002.  On July 1, 2002, counsel for Au Bon Pain Co, Inc. forwarded the Complaint to ABP Corporation by facsimile. See, correspondence, July 1, 2002, by Au Bon Pain Co., Inc.'s counsel directed to defendant, ABP Corporation, Exhibit "D" hereto; CT Corporation System Service of Process Transmittal Form, Exhibit "E" hereto, and Pennsylvania Department of State Basic Entity Information for Withdrawn Foreign Business, Au Bon Pain Co., Inc., Exhibit "F" hereto.

8.      On July 10, 2002, the undersigned counsel for ABP Corporation agreed to accept service of the Complaint on behalf of the proper party defendant.  See, correspondence, July 10, 2002, a true copy of which is attached hereto as Exhibit "G".

9.      A true copy of this Notice is being filed with the Prothonotary of the Philadelphia County Court of Common Pleas.

WHEREFORE, defendant, ABP Corporation, prays that this action be removed to the United States District Court for the Eastern District of Pennsylvania, and that this Honorable Court accept jurisdiction of this action for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted,

HARVEY, PENNINGTON, CABOT,

GRIFFITH & RENNEISEN, LTD.


By: _____
        Melissa Lang
        Attorney I.D. No. 48482
        1835 Market Street, 29th Floor
        Philadelphia, PA 19103
        (215) 575-4168
        Counsel for defendant,
        ABP Corporation


DATED: ____July 16, 2002____

**EXHIBIT "A"**

*State of Delaware*                                    PAGE   1

*Office of the Secretary of State*

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT

COPIES OF ALL DOCUMENTS ON FILE OF "ABP CORPORATION" AS RECEIVED

AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE TWENTIETH DAY OF

MARCH, A.D. 1992, AT 1:30 O'CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE THIRTEENTH DAY OF MAY, A.D.

1999, AT 4:30 O'CLOCK P.M.

CERTIFICATE OF CHANGE OF NAME FROM "ABP

HOLDINGS, INC." TO "ABP CORPORATION", FILED THE FOURTEENTH DAY

OF MAY, A.D. 1999, AT 9:30 O'CLOCK A.M.

*Edward J. Freel, Secretary of State*

2291832   8100H

991504660

AUTHENTICATION:       0103127

DATE:       11-24-99

EXHIBIT "B"

07/02/2002 13:06 FAX                                                    ☒004

JUL-01-02 MON 05:14 PM  D M H S          FAX NO. 212 753 7980        P. 04
                                                                     P. 2
Jul 01 02 04:17P      ALLEN ROTHENBERG LAW FIRM  2157327940

001281

JUNE 2002

**Court of Common Pleas of Philadelphia County**
**Trial Division**
## Civil Cover Sheet

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CATHERINE FOY | AU BON PAIN CO., INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| 15042 Liberty Lane Philadelphia, PA 19116 | c/o C.T. Corporation System, Inc. 1515 Market Street, Ste. 1210 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| THOMAS FOY | Philadelphia, PA 19102 |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| 15042 Liberty Lane Philadelphia, PA 19116 | |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 1 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal  ☐ Writ of Summons   ☐ Transfer From Other Jurisdiction |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☒ $50,000.00 or less ☐ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Commerce ☐ Settlement ☐ W/D/Survival |

| CASE TYPE AND CODE (SEE INSTRUCTIONS) |
|---|
| Negligence - 2S - Premises Liability |

| STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS) |
|---|
| N/A |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| None | | Yes  No  ☐ ☐  ☐ ☐  ☐ ☐ |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below:

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY |
|---|---|
| NEIL M. SHUKOVSKY, ESQUIRE | ALLEN L. ROTHENBERG 18th FLOOR 1518 WALNUT STREET PHILA, PA 19102 |
| PHONE NUMBER | FAX NUMBER | |
| (215) 732-1700 | (215) 732-7948 | |
| SUPREME COURT IDENTIFICATION NO. | |
| 22017 | |
| SIGNATURE | DATE |
| *Neil M. Shukovsky* | 6/7/02 |

ALLEN L. ROTHENBERG
BY:  NEIL M. SHUKOVSKY, ESQUIRE
Identification No:   22017                    MAJOR JURY TRIAL DEMANDED.
ROTHENBERG TOWER                              ASSESSMENT OF DAMAGES HEARING
Eighteenth Floor                              IS REQUIRED.
1510 Walnut Street
Philadelphia, Pa. 19102
(215) 732-1700                                Attorney for Plaintiff(s)

---

CATHERINE FOY and                   :     COURT OF COMMON PLEAS
THOMAS FOY, w&h                     :     PHILADELPHIA COUNTY
15042 Liberty Lane                  :
Philadelphia, PA 19116              :     ATTEST          JUNE 2002
                                    :
      vs.                           :     JUN 11 2002
                                    :                    001281
AU BON PAIN CO., INC.               :     L. PAONE
c/o C.T. Corporation System, Inc.   :     PRO. PHOTHY
1515 Market Street, Ste. 1210
Philadelphia, PA 19102

CIVIL ACTION COMPLAINT
NEGLIGENCE
2S - PREMISES LIABILITY - SLIP & FALL

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencencia escrita o personarse o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL AND INFORMATION SERVICE One Reading Center Philadelphia, Pennsylvania 19107 Telephone: 215-238-6333 | ASSOCIACION DE LICENCIADOS DE FILADELFIA SERVICIO DE REFERENCIA E INFORMACION LEGAL One Reading Center Filadelfia, Pennsylvania 19107 Telefono: 215-238-6333 |

07/02/2002 13:08 FAX                                                     @006

JUL-01-02 MON 05:15 PM  D M M S          FAX NO. 212 753 7980        P. 06
                                                                    p.4
Jul 01 02 04:18p     ALLEN ROTHENBERG LAW FIRM  2157327949

## CIVIL ACTION COMPLAINT

### General Averments

1.   At all times material hereto, plaintiffs, Catherine Foy and Thomas Foy, were wife and husband, residing at 15042 Liberty Lane, Philadelphia, Pennsylvania.

2.   At all such times, the defendant, Au Bon Pain Co., Inc., was a corporation organized under the laws of the Commonwealth of Pennsylvania, regularly conducted business in the City and County of Philadelphia and was d/b/a and/or t/a AU BON PAIN.  The agent authorized to accept service of process is C.T. Corporation System, Inc., 1515 Market Street, Suite 1210, Philadelphia, Pennsylvania.

3.   At all such times, defendant, Au Bon Pain Co., Inc., was engaged in the restaurant/food service (hereinafter referred to as "restaurant") business and owned, operated, managed, maintained and controlled a restaurant facility under the name of "AU BON PAIN", located inside the 30th Street Station, Philadelphia, Pennsylvania.

4.   On or about January 22, 2001, and for a long period of time prior thereto, there existed a dangerous and defective condition inside the "AU BON PAIN" restaurant facility located inside the 30th Street Station, Philadelphia, Pennsylvania, in the form of a liquid substance on the floor contiguous to one of the restaurant's trash receptacles with no warning signs or barricades and/or rugs or mats situated thereat.

5.   On or about January 22, 2001, at or about 8:45 a.m., plaintiff, Catherine Foy, was a business invitee having finished eating in the defendant's "AU BON PAIN" restaurant located inside the 30th Street Station, Philadelphia, Pennsylvania, and was caused

07/02/2002 13:06 FAX                                                                    007

JUL-01-02 MON 05:15 PM  D M M S                FAX NO. 212 753 7880         P. 07
                                                                           p.5
Jul 01 02 04:18p        ALLEN ROTHENBERG LAW FIRM  2157327848

to fall as a result of the dangerous and defective condition which existed thereat when she walked to the said trash receptacle in an attempt to place trash therein.

6.  As a result of the negligence and recklessness of the defendant, plaintiff, Catherine Foy, suffered serious and painful injuries as hereinafter described.

7.  The negligence and recklessness of the defendant through its agents, servants, workmen and/or employees, consisted of the following:

(a)  Permitting or allowing a dangerous and defective condition to exist upon the floor of the premises owned and/or supervised by them after they knew or should have known of said conditions;

(b)  Failing to give plaintiff proper and due nor the dangerous and defective condition existing in their pre

(c)  Failing to place warning signs, barricades rugs or mats at the point of accident to prevent the occ heretofore recited;

(d)  Failing to give plaintiff proper and a protection to which she was entitled as a business invitee

(e)  Failing to promptly and properly clean, clear maintain the floor of the said premises;

(f)  Permitting a nuisance and trap to exist in premises;

(g)  Failing to inspect and/or negligently ins said premises;

07/02/2002 13:06 FAX                                                          ☑006

JUL-01-02 MON 05:15 PM   D M M S              FAX NO. 212 753 7980      P. 08
                                                                        P.6
Jul 01 02 04:18p     ALLEN ROTHENBERG LAW FIRM   2157327940

(h)  Otherwise failing to use due care and caution under the circumstances;

(i)  Negligence as a matter of law; and,

(j)  Negligence in other respects which may well be pointed out during discovery or at the time of trial.

8.  Plaintiff, Catherine Foy, was injured as a direct and proximate result of the aforementioned dangerous condition which existed upon the floor of the said premises which is owned and/or under the supervision, control and maintenance of the defendant.

9.  Plaintiff, Catherine Foy, believes and therefore avers, that the defendant had actual and/or constructive notice of the said dangerous condition prior to the aforesaid date when plaintiff, Catherine Foy, was seriously injured and had such notice at a sufficient time prior thereto to have taken measures to correct the condition.

## FIRST COUNT

### Catherine Foy vs. Au. Bon Pain Co., Inc.

10.  Plaintiff, Catherine Foy, hereby incorporates by reference paragraphs 1 through 9 as though more fully set forth herein.

11.  As a result of the aforesaid negligence, plaintiff, Catherine Foy, sustained serious and painful injuries, including, but not limited to, contusion and fractures of the right foot involving the base of the 2nd and 3rd metatarsals and/or 2nd and 3rd cuneiforms and/or 1st cuneiform and/or 1st metatarsal base,

hematoma within the superior aspect and posterior aspect of the biceps femoris muscle of the right thigh, acute sciatica/hamstring pull and spasm, ecchymosis right leg/thigh, disc dysfunction at L4-5 effacing the thecal sac with L4-5 lateral recess and foraminal stenosis, L4-5 radiculopathy, bilateral carpal tunnel syndrome, and cervical, left trapezius, lumbosacral and right thigh sprains, as well as a severe shock to her nerves and nervous system and was otherwise bruised, lamed and disordered, some or all of which may be permanent in nature.

12. Plaintiff, Catherine Foy, avers that she may have sustained other injuries and aggravated pre-existing conditions.

13. As a result of the aforesaid accident, plaintiff, Catharine Foy, has suffered great physical pain and mental anguish, all of which may continue in the future.

14. As a result of the aforesaid, plaintiff, Catherine Foy, has been and may in the future be required to spend considerable sums of money for medical treatment in an effort to treat and cure herself of the injuries sustained as aforesaid, any and all of which may continue to her great financial loss and detriment.

15. Further plaintiff, Catherine Foy, has been and may in the future be unable to work due to her injuries, with consequent loss of earnings and impairment of her earning capacity.

16. Further, plaintiff, Catherine Foy, as a result of this accident, has suffered a loss of the enjoyment of her usual duties, life's pleasures and activities and a shortening of her life expectancy to her great detriment and loss.

17.  Plaintiff, Catherine Foy, in no manner contributed to her injuries which resulted from the direct negligence of the defendant by its agents, servants, workmen and/or employees.

WHEREFORE, plaintiff, Catherine Foy, demands judgment against the defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars.

### SECOND COUNT

### Thomas Foy vs. Au Bon Pain Co., Inc.

18.  Plaintiff, Thomas Foy, hereby incorporates by reference paragraphs 1 through 17 as though more fully set forth herein.

19.  Plaintiff, Thomas Foy, as a result of the aforesaid negligence, has and may in the future be deprived of his wife's services, companionship and society and hereby claims loss of consortium to his great detriment and loss.

WHEREFORE, plaintiff, Thomas Foy, demands judgment against the defendant in an amount  in excess of Fifty Thousand ($50,000.00) Dollars.

Respectfully submitted,

ALLEN L. ROTHENBERG

BY:  _____
     NEIL M. SHUKOVSKY, ESQUIRE
     Attorney for Plaintiff(s)

DATED:

07/02/2002 13:07 FAX                                                    @011
JUL-01-02 MON 05:18 PM  D M M S              FAX NO. 212 753 7980      P. 11
Jul 01 02 04:19p      ALLEN ROTHENBERG LAW FIRM  2157327948           p.9

## VERIFICATION

**CATHERINE FOY**, hereby states that she is the plaintiff in this action and verifies that the statements made in the foregoing Pleading are true and correct to the best of her knowledge, information and belief. The undersigned understands that the statements herein are made subject to the penalties of Pa. C.S. §4904 relating to unsworn falsification to authorities.

CATHERINE FOY

DATED: 5-9-02

**EXHIBIT "C"**

**HARVEY, PENNINGTON, CABOT,**
**GRIFFITH & RENNEISEN, LTD.**
By:    Melissa Lang
Attorney I.D. Nos.: 48482
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103                         Counsel for Defendant, Au Bon
(215) 575-4168                                  Pain Co., Inc. and ABP Corporation

-----------------------------------------------

| | |
|---|---|
| CATHERINE FOY and THOMAS FOY, Wife and Husband,<br>Plaintiffs,<br>v.<br>AU BON PAIN CO., INC.,<br>Defendant. | Philadelphia County Court of Common Pleas Trial Division<br><br>June Term, 2002 No. 001281 |

-----------------------------------------------

### STIPULATION

It is hereby stipulated and agreed by and between counsel for the parties that

(1)    ABP Corporation, a foreign business authorized to do business in Pennsylvania, is substituted as the party defendant to this action in lieu of Au Bon Pain Co., Inc. a withdrawn foreign business which no longer conducts business in Pennsylvania, *nunc pro tunc*;

(2)    plaintiff s' cause of action against defendant, Au Bon Pain Co., Inc., is hereby DISCONTINUED with prejudice pursuant to Pennsylvania Rule of Civil Procedure 229;

(3)    plaintiff's cause of action shall continue as against ABP Corporation as the proper party defendant; and

(4)    and the caption is amended to CATHERINE FOY AND THOMAS FOY, Wife and Husband v. ABP Corporation, June Term, 2002 No. 001281.

ALLEN L. ROTHENBERG                    HARVEY, PENNINGTON, CABOT
                                        GRIFFITH & RENNEISEN, LTD.

By:                                     By:
    Neil M. Shukovsky                        Melissa Lang
    Counsel for Plaintiffs                   Counsel for Defendant

543300.1

EXHIBIT "D"

JUL-01-02 MON 05:14 PM  D M M S                    FAX NO. 212 763 7980              P. 02

## DORNBUSH MENSCH MANDELSTAM & SCHAEFFER, LLP

747 THIRD AVENUE
NEW YORK, N.Y. 10017
(212) 759-3300

BRIAN RAFFERTY

*Rafferty@DMMSLAW.COM*

July 1, 2002

**VIA FACSIMILE - (617) 423-7879**

Mr. Tim Oliveri
ABP Corp.
19 Fid Kennedy Avenue
Boston, Massachusetts 02210-2497

Re:    Complaint—Catherine Foy et al. v. Au Bon Pain Co. Inc.
       Common Pleas Court, Philadelphia County Pennsylvania

Dear Mr. Oliveri:

As you may be aware, ABP was recently named as a defendant in the above-captioned matter venued in Philadelphia, Pennsylvania. Apparently, the plaintiff served a copy of the complaint on CT System, the agent authorized to accept service of process on behalf of ABP in Pennsylvania.

Today, I contacted the attorney representing the Plaintiff in this matter. The attorney, Mr. Neil Shukovsky, Esq., informed me that this matter involved a woman who slipped and fell inside an ABP located at 30th Street Station, Philadelphia, Pennsylvania. Mr. Shukovsky went on to note that because an Answer to the Complaint is due this week, he consented to an extension of time to file an Answer for three weeks from today's date.

Enclosed is a copy of the service of process transmittal form, along with a copy of the Complaint. Because this matter is likely covered by ABP's General Liability insurance policy, I strongly recommend that you contact your carrier and notify the carrier of this complaint. Further, you should forward a copy of the complaint to the carrier, and inform the carrier that we obtained an extension of time to file an answer through Monday, July 22, 2002.

Should you have any questions or concerns about this matter, please do not hesitate to contact the undersigned.

Very truly yours

Brian Rafferty

EXHIBIT "E"

JUL-01-02 MON 05:14 PM    D h r S                    FAX NO. 2.. 753 7980                    P. 03

08/25/02  TUE 11:48 FAX 617 345 7050            GADSBY HANNAH                              rec'd 6/21


CT System

**Service of Process Transmittal Form**
Philadelphia, Pennsylvania
08/14/2002
Via Federal Express (2nd day)

TO: AU BON PAIN CO INC
    ATT RONALD SHAICH
    19 FID KENNEDY AVE
    BOSTON, MA 02210-2497

RE:    **PROCESS SERVED IN PENNSYLVANIA**

FOR    Au Bon Pain Co., Inc. Domestic State: Ma

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | | |
|---|---|---|
| 1. TITLE OF ACTION: | Catherina Hoy et al vs Au Bon Pain Co Inc | |
| 2. DOCUMENTS SERVED: | Notice, Complaint, Verification, Jury Demand. | |
| 3. COURT: | Common Pleas Court, Phila Co  PA<br>Case Number 001281 | |
| 4. NATURE OF ACTION: | Alleged premises liability, | |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Philadelphia, Pennsylvania | |
| 6. DATE AND HOUR OF SERVICE: | By Process server on 06/14/2002 at 15:40 | |
| 7. APPEARANCE OR ANSWER DUE: | Within 20 Days | |
| 8. ATTORNEY(S): | 215 732 1700<br>Neil M Shukovsky<br>1518 Walnut St<br>Phila, PA 19102 | |
| 9. REMARKS: | According to the records of our office our services have been discontinued in this state. Per the Secretary of State of Pennsylvania C T is still listed as the Registered Office Address. | |

CC:    Walter D Weinstein
       Gadsby Hannah LLP
       225 Franklin Street
       22nd Floor
       Boston, MA 02110-2811

SIGNED    CT Corporation System
PER       Sandra C. Unkerson
ADDRESS   1515 Market Street
          Suite 1210
          Philadelphia, PA 19103
          CCSOP WJ 00045524612

Information contained on this transmittal form is recorded for CT Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

**EXHIBIT "F"**

Pennsylvania Department of State - Corporations                                    Page 1 of 1



Corporations
Home Page

DOS Home Page

# Corporations
# Department of State

*Return to Searchable Database Main Menu*

(Use Last Name, First Name for business names which consist
of a person's first and last name (i.e., Smith, John Inc.))

Basic Entity Information ❓
WITHDRAWN FOREIGN BUSINESS

| ENTITY NO: | 903502 | TYPE: | | WITHDRAWN FOREIGN BUSINESS | | | CONSE |
|---|---|---|---|---|---|---|---|
| FILED DATE: | | 1-22-1986 | | | | | |
| CURRENT NAME: | | AU BON PAIN CO., INC. | | | | | |
| ADDRESS: | | 123 SOUTH BROAD STREET, C/O C T CORPORATION SYSTEM | | | | | |
| CITY: | | PHILADELPHIA | STATE: | | PA | ZIP: | |
| COUNTY: | | Philadelphia | | | | | |
| LTD AUTH: | | N | | | | | |

Instrument History |

Pennsylvania Department of State
206 North Office Building, Harrisburg, PA 17120
Phone - (717) 787-1057

EXHIBIT "G"

THE LAW FIRM OF
## ALLEN L. ROTHENBERG
ROTHENBERG TOWER
1518 WALNUT STREET
EIGHTEENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19102

ALLEN L. ROTHENBERG*
BARBARA ROTHENBERG**
WILLIAM R. SOLVIBILE
JOSEPH C. MURRAY
NEIL M. SHUKOVSKY
LORI E. ZEID***
JEFFREY C. SCHWARTZ***
STACY MELTZER KENDALL**
BETH ROTHENBERG-HALPERIN***

*ALSO MEMBER NY AND D.C. BAR
**ALSO MEMBER NJ AND NY BAR
***ALSO MEMBER NJ BAR
****ALSO MEMBER NY BAR

TELEPHONE (215) 732-1700
FAX (215) 732-2758
FEDERAL I.D. #23-1646941

NEW YORK OFFICE
450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123
(212) 563-0100

WASHINGTON D.C. OFFICE
200 G STREET N.E.
WASHINGTON, D.C. 20002
(202) 986-4000

JOSEPH S. GROSSMAN
OF COUNSEL

July 10, 2002

Melissa Lang, Esquire
Harvey, Pennington, Cabot,
Griffith & Renneisen, Ltd.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

     **Re:  Catherine Foy, et al. vs. Au Bon Pain Co., Inc.**

Dear Melissa:

     I appreciated our telephone conversation of July 10, 2002 as well as your courteous and informative letter of July 8, 2002 concerning the above-captioned case.  The following is what I have taken away from our conversation and your letter.

     The correct owner of the Au Bon Pain Cafe where my client's accident occurred as of the date of that accident (January 22, 2001) was and continues to be ABP Corporation.  You have advised that Au Bon Pain Company, Inc. was an incorrectly named owner as of the date of this accident.  You have forwarded to me a Stipulation naming the correct owner of this specific cafe and I will, of course, rely upon your knowledge of your client's ownership as well as your professionalism in providing this information to me.

     Please find my signature upon the Stipulation.  Please forward to me a time-stamped copy after you have filed same.

     It is also my understanding that you will be accepting service on behalf of your client.  I look forward to receiving your client's Answer to the Complaint.

     You indicated to me that you would not be filing Preliminary Objections.

     Enclosed please find Interrogatories addressed to ABP Corporation which I ask them to respond to within the statutory period.  Also enclosed please find Request for Production of Documents to be responded to within a similar manner.

                   **Very truly yours,**

                   ALLEN L. ROTHENBERG

                   *Neil M. Shukovsky*

NMS:tc

                   **NEIL M. SHUKOVSKY**