IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE FOY, et al.        :        CIVIL ACTION
                             :
          v.                 :
                             :
ABP CORPORATION              :        NO. 02-4705

O R D E R

**AND NOW,** this   day of  January, 2003, it is Ordered that the CONFERENCE scheduled for **Thursday, February 13, 2003** at **4:30 p.m.** is canceled and rescheduled for **Friday, February 28, 2003** at **4:30 p.m..**  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                              or    BY THE COURT

BY:_____           _____
     Deputy Clerk                    Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Neil Shukovsky, Esq. (via fax: 215-732-2758)
Melissa Lang, Esq. (via fax: 215-568-1044)