IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE FOY, et al.      :      CIVIL ACTION
                           :
          v.               :
                           :
ABP CORPORATION            :      NO. 02-4705

O R D E R

**AND NOW,** this     day of    January, 2003, it is Ordered that the **CONFERENCE** scheduled for **Friday, February 28, 2003** at **4:30 p.m.** is canceled and rescheduled for **Thursday, March 6, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                              or      BY THE COURT


BY:_____           _____
     Deputy Clerk                    Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Neil Shukovsky, Esq. (via fax: 215-732-2758)
Melissa Lang, Esq. (via fax: 215-568-1044)