IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHERINE FOY and THOMAS FOY,** Wife and Husband, | } } } | Civil Action No.: 02-CV-4705 |
| Plaintiffs, | } } } | |
| v. | } } | |
| **ABP Corporation,** | } } } | |
| Defendant. | } | |

**STATEMENT OF DEFENDANT, ABP CORPORATION IDENTIFYING PARENT CORPORATIONS AND PUBLICLY HELD COMPANIES OWNING TEN PERCENT (10%) OR MORE OF THE PARTY STOCK**

Defendant, ABP Corporation, hereby makes the following disclosures with respect to its corporate ownership:

1.  ABP Corporation as a wholly owned subsidiary of Compass Group, PLC;

2.  Compass Group, PLC is a publicly owned company listed on the London Stock Exchange.

> HARVEY, PENNINGTON, CABOT,
> GRIFFITH & RENNEISEN, LTD.
>
>
> By: _____
> Melissa Lang
> Counsel for Defendant,
> ABP Corporation
>
> 1835 Market Street, 29th Floor
> Philadelphia, PA 19103
>
> (215) 575-4168

Dated: <u>February 21, 2003</u>

614828_1