```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CATHERINE FOY, et al.           :        CIVIL ACTION
                                :
          v.                    :
                                :
ABP CORPORATION                 :        NO. 02-4705
```

## **O R D E R**

**AND NOW,** this     day of   March, 2003, **IT IS ORDERED** that the **Scheduling Conference** set for **Thursday, March 6, 2003** at **4:00 p.m.** is **CANCELED.** The Clerk's office is directed to place this case on the **arbitration track,** as agreed by counsel in the attached letter, and schedule an arbitration hearing as soon as possible.


ATTEST:                              or    BY THE COURT


BY:_____          _____
     Deputy Clerk                     Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Neil M. Shukovsky, Esq. (via fax: 215-732-2758)
Melissa Lang, Esq. (via fax: 215-568-1044)