IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE FOY<br>THOMAS FOY, WIFE AND HUSBAND :<br><br>v. :<br>    :<br>ABP CORPORATION :<br>    : | CIVIL ACTION<br><br><br><br>No. 02-4705 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 29, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date: April 3, 2003

Copies:    James Scheidt, Courtroom Deputy to Judge Anita B. Brody
              Docket Clerk - Case File

        Counsel:    Neil Shukovsky, Esq.
                        Melissa Lang, Esq.

ARB2.FRM