## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CATHERINE FOY | : | CIVIL ACTION |
| THOMAS FOY, WIFE AND HUSBAND | : | |
| v. | : | |
|  | : | No. 02-4705 |
| ABP CORPORATION | : | |
|  | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on August 20, 2003. **PLEASE NOTE THAT THIS ARBITRATION**

**HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST.,**

**PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from May 29, 2003 per Judge's order

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:April 17, 2003

Copies:    James Scheidt, Courtroom Deputy to Judge Anita B. Brody
Docket Clerk - Case File

Counsel:    Neil Shukovsky, Esq.
Melissa Lang, Esq.

ARB2.FRM