IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE FOY                           :        CIVIL ACTION
                                        :
            vs.                         :
                                        :        NO. 02-4705
ABP CORPORATION

## O R D E R

**AND NOW, TO WIT:** This 19th day of August, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                    **MICHAEL E. KUNZ**, Clerk of Court


                                    **BY:**_____
                                            Marie O'Donnell
                                            Deputy Clerk

Civ 2 (8/2000)
41(b).frm